AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>NELSON JOSUE CRUZ CENTENO<br>and<br>ZOHE PAMELA CRUZ CENTENO<br><br>*Defendant(s)* | Case No. 3:25-mj-00032 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2025__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 | (1) Possession with intent to distribute a controlled substance (crotonyl fentanyl, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance); and, (2) Conspiracy to distribute and possess with intent to distribute a controlled substance (crotonyl fentanyl, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance). |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Nathan Bresee.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Nathan Bresee, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __11:35 am__ a.m./p.m.

Date: __February 8, 2025__

*Youlee Yim You*
*Judge's signature*

City and state: __Portland, Oregon__    Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*